IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br>Judge Charles R. Breyer |
|---|---|
| This document relates to:<br><br>ROBERT NEZAREZ,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),<br><br>Defendants. | STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE OF CASE NO. 3:06-cv-02849-CRB |

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the following specific Plaintiff, Robert Nezarez ("Plaintiff"), and Defendants Pfizer, Inc., Pharmacia Corporation, and G.D. Searle LLC (FKA G.D. Searle & Co.) ("Defendants"), to a dismissal without prejudice of the following Plaintiff's claims which were filed in a consolidated, multi-plaintiff Complaint against Defendants:

1. Plaintiff is Robert Nevarez; Defendants are Pfizer, Inc., Pharmacia Corporation, and G.D. Searle LLC (FKA G.D. Searle & Co.);

2. On April 26, 2006, Plaintiff sued Defendants;

3. Plaintiff moves to dismiss his claims without prejudice against Defendants;

4. Defendants have not answered these claims;

5. This case is not a class action;

6. A receiver has not been appointed to this action;

7. Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

8. This dismissal is voluntary and not on the merits.

9. Plaintiff will file a complaint against Defendants for his BEXTRA-related injury. Plaintiff shall file this claim against Defendants in MDL-1699 In Re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation, located in the Northern District of California.

This Stipulation and Order, however, is a partial dismissal in that it does not affect any claims, counterclaims or issues by and between Defendants and the following remaining Plaintiffs:

1. Harold Brown
2. Rodney Bywater
3. Lucille Cash
4. Bruce Cipriano
5. Marguerite Garven
6. Bruce Nazarovich
7. Debbie Olivares
8. Robert Suffridge

Respectfully submitted:

///
///

- 2 -

1  Dated: Jun 28, 2006

GANCEDO & NIEVES, LLP

2
3  By: _____
    Christopher W. Taylor, Esq.

4
   Hector G. Gancedo (SB# 132139)
5  hgancedo@gancedonieves.com
   Tina B. Nieves (SB# 134384)
6  tnieves@gancedonieves.com
   Christopher W. Taylor (SB# 236245)
7  chris@gancedonieves.com
   GANCEDO & NIEVES LLP
8  144 W. Colorado Boulevard
   Pasadena, California 91105
9  Telephone: (626) 685-9800
10 Facsimile: (626) 685-9808

11 Attorneys for Plaintiffs

12
13
   Dated: August 8, 2006          GORDON & RESS, LLP
14
15                                By: _____
                                      Stuart M. Gordon, Esq.
16
17 Embarcadero Center West
   275 Battery Street 20th Floor
18 San Francisco, California 94111
   (415) 986-5900 (Tel.)
19 (415) 986-8054 (Fax)

20 Defendants' Liaison Counsel

21
22
23
24
25
26
27
28

## ORDER

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Robert Nezarez in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

SAN FRANCISCO, CALIFORNIA, this __14th__ day of __August__, 2006.



_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer