Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
418 N. FAIR OAKS AVENUE, SUITE 202
Pasadena, California 91103
Telephone:  (626) 685-9800
Facsimile:  (626) 685-9808
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C-062849<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| HAROLD BROWN, RODNEY BYWATER, LUCILLE CASH, BRUCE CIPRIANO, MARGUERITE GARVEN, BRUCE NAZAROVICH, ROBERT NEZAREZ, DEBBIE OLIVARES, and ROBERT SUFFRIDGE,<br><br>                     Plaintiffs,<br>         vs.<br><br>Pfizer, Inc., et al.<br>                     Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, HAROLD BROWN and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2   DATED: May 4, 2009        By: _____
                                  Hector G. Gancedo
3

4                                 Attorneys for Plaintiff, Harold Brown

5
    DATED: June 2, 2009       By: _____
6

7                                 DLA PIPER LLP (US)
                                  1251 Avenue of the Americas
8                                 New York, NY 10020
                                  Telephone: (212) 335-4500
9                                 Facsimile: (212) 335-4501
                                  *Defendants' Liaison Counsel*
10

11

12

13
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
14  IT IS SO ORDERED.**

15

16  Dated: June 5, 2009        Hon. Charles R. Breyer

17                             IT IS SO ORDERED
                               Judge Charles R. Breyer
18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**