Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
418 N. FAIR OAKS AVENUE, SUITE 202
Pasadena, California 91103
Telephone: (626) 685-9800
Facsimile: (626) 685-9808
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C-062849<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| HAROLD BROWN, RODNEY BYWATER, LUCILLE CASH, BRUCE CIPRIANO, MARGUERITE GARVEN, BRUCE NAZAROVICH, ROBERT NEZAREZ, DEBBIE OLIVARES, and ROBERT SUFFRIDGE,<br><br>         Plaintiffs,<br>    vs.<br><br>Pfizer, Inc., et al.<br>         Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, LUCILLE CASH and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 4, 2009 | By: _____ |
| 3 | | Hector G. Gancedo |

Attorneys for Plaintiff, Lucille Cash

DATED: June 2, 2009    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**