1  Hector G. Gancedo (SB# 132139)
   hgancedo@gancedonieves.com
2  Tina B. Nieves (SB# 134384)
   tnieves@gancedonieves.com
3  GANCEDO & NIEVES LLP
   418 N. FAIR OAKS AVENUE, SUITE 202
4  Pasadena, California 91103
5  Telephone: (626) 685-9800
   Facsimile: (626) 685-9808
6  Attorneys for Plaintiffs

7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12

13  _____  )  Case Specific Number C-062849
                                      )
14  IN RE: BEXTRA AND CELEBREX        )
    MARKETING SALES PRACTICES AND     )
15  PRODUCT LIABILITY LITIGATION      )  **MDL NO. 1699**
                                      )  **District Judge: Charles R. Breyer**
16  _____  )
                                      )
17  HAROLD BROWN, RODNEY BYWATER,     )
    LUCILLE CASH, BRUCE CIPRIANO,     )
18  MARGUERITE GARVEN, BRUCE          )  **STIPULATION AND ORDER OF**
    NAZAROVICH, ROBERT NEZAREZ,       )  **DISMISSAL WITH PREJUDICE**
19  DEBBIE OLIVARES, and ROBERT       )
    SUFFRIDGE,                        )
20                                    )
                    Plaintiffs,       )
21              vs.                   )
                                      )
22                                    )
    Pfizer, Inc., et al.              )
23                  Defendants.       )
    _____  )

24       Come now the Plaintiff, BRUCE NAZAROVICH and Defendants, by and through the
25  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
26  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'
27  fees and costs.
28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: May 4, 2009          By: _____
                                 Hector G. Gancedo

Attorneys for Plaintiff, Bruce Nazarovich

DATED: June 2, 2009         By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009         _____
                             Hon. Charles R. Breyer
                             United States District Court

*IT IS SO ORDERED*
Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**