| | |
|---|---|
| 1 | Hector G. Gancedo (SB# 132139) |
| | hgancedo@gancedonieves.com |
| 2 | Tina B. Nieves (SB# 134384) |
| | tnieves@gancedonieves.com |
| 3 | GANCEDO & NIEVES LLP |
| 4 | 418 N. FAIR OAKS AVENUE, SUITE 202 |
| | Pasadena, California 91103 |
| 5 | Telephone:  (626) 685-9800 |
| | Facsimile:  (626) 685-9808 |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C-062849<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| HAROLD BROWN, RODNEY BYWATER, LUCILLE CASH, BRUCE CIPRIANO, MARGUERITE GARVEN, BRUCE NAZAROVICH, ROBERT NEZAREZ, DEBBIE OLIVARES, and ROBERT SUFFRIDGE,<br>                              Plaintiffs,<br>              vs.<br><br>Pfizer, Inc., et al.<br>                              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ROBERT SUFFRIDGE and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 4, 2009 | By: /s/ Hector G. Gancedo |
| 3 | | |
| 4 | | Attorneys for Plaintiff, Robert Suffridge |
| 5 | DATED: June 2, 2009 | By: /s/ |
| 6 | | |
| 7 | | DLA PIPER LLP (US) |
| 8 | | 1251 Avenue of the Americas |
| | | New York, NY 10020 |
| 9 | | Telephone: (212) 335-4500 |
| | | Facsimile: (212) 335-4501 |
| 10 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**